FILED

12/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0569

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0569

AARON MICHAEL GRAFFT,

Petitioner,

v.

STATE OF MONTANA,

Respondent.

FILED

DEC 0 8 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Through counsel, Aaron Michael Grafft has filed a Petition for a Writ of Habeas Corpus, alleging unreasonable seizure and illegal incarceration because the Fourth Judicial District Court, Missoula County, violated § 46-9-102(1), MCA, by denying Grafft's release after he posted bail. Upon review of the Petition, we deem it appropriate to require a response. M. R. App. P. 14(7)(a). Therefore,

IT IS ORDERED that the Attorney General or counsel for Missoula County is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the Petition for Writ of Habeas Corpus together with appropriate documentary exhibits.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Honorable John Larson, Fourth Judicial District Court; to Shirley E. Faust, Clerk of District Court, Missoula County, under Cause No. DC-20-287; and to all counsel of record.

DATED this _____ day of December, 2020.

_____
Justice